**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY E. MILLER,**

                **Plaintiff,**

**-vs-**                                           **Case No.  6:06-cv-1258-Orl-31UAM**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION TO VACATE ANSWER AND WITHDRAW CERTIFIED ADMISTRATIVE RECORD (Doc. No. 18)** |
| **FILED:** | **July 12, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION TO REMAND (Doc. No. 19)** |
| **FILED:** | **July 12, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    The Commissioner moves to remand this case under sentence six of 42 U.S.C. § 405(g) because the recording of the administrative hearing held on March 29, 2005, is partially blank.  To

correct this error, it is necessary for a new hearing to be held and a new decision to be issued. Plaintiff does not oppose the remand. The motion to remand, therefore, should be granted.

The Commissioner also moves to vacate its answer and to withdraw the certified administrative record on file. The Commissioner failed to confer regarding this motion as required by Local Rule 3.01(g). As the administrative record was incomplete and the answer was based on the incomplete record, the Court finds good cause exists to grant the Commissioner's motion.

**IT IS RECOMMENDED THAT:**

1. The Court grant the motion to remand the case to the Commissioner for further proceedings;

2. The Court grant the motion to vacate the answer and to withdraw the certified administrative record; and

3. The Court direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 13, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable Gregory A. Presnell