**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY E. MILLER,**

                    **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-1258-Orl-31UAM**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                    **Defendant.**

## ORDER

This matter comes before the Court on the Plaintiff's Response to Report and Recommendation (Doc. 21). In that document, Magistrate Judge Dietrich recommends granting the Commissioner's motion to remand pursuant to sentence six of Section 405(g) for a new administrative hearing on the grounds that a portion of the tape of the previous hearing is inaudible. (Doc. 20 at 2). The Plaintiff complains that the Commissioner's motion is untimely in that it comes after the filing of the answer (and the Plaintiff's brief on the merits). (Doc. 21 at 2-3). Sentence six of 42 U.S.C. § 405(g) provides in pertinent part that the Court may "on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case". The Court notes that, in conjunction with the motion to remand (Doc. 19), the Commissioner has filed a motion to vacate answer and withdraw certified administrative record (Doc. 18).

In consideration of the foregoing, the Commissioner is **ORDERED** to file a reply to Plaintiff's response on or before August 10, 2007 which shall address, *inter alia*, the Court's authority to order such a remand after the filing of the Commissioner's answer, and whether vacating that answer is sufficient to remove any restriction on the Court's authority to do so.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 30, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party