# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARY E. MILLER,**

                **Plaintiff,**

**-vs-**                                **Case No.  6:06-cv-1258-Orl-31UAM**

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**

_____

# ORDER

By her Response (Doc. 21), Plaintiff objects to the Report and Recommendation (Doc. 20) entered by Magistrate Judge Dietrich on July 13, 2007.  The Commissioner filed a response (Doc. 23) to Plaintiff's objection.  Upon consideration of the above, it is

**ORDERED** that Plaintiff's objection is OVERRULED.  The Report and Recommendation is CONFIRMED and ADOPTED as part of this Order.  The Motion to Vacate Answer (Doc. 18) is GRANTED and the case is REMANDED for *de novo* review pursuant to sentence six of 42 U.S. C. Sec. 405(g).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 13, 2007.

                                              GREGORY A. PRESNELL
                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party