**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MARY E. MILLER,**

                **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-1258-Orl-31GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION TO AFFIRM THE COMMISSIONER'S DECISION SUBSEQUENT TO REMAND AND FOR ENTRY OF JUDGMENT (Doc. No. 25)**
>
> **FILED:** April 12, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      On August 13, 2007, the case was remanded to the Commissioner of Social Security (the "Commissioner") pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. Doc. No. 24. On April 12, 2012, the Commissioner filed an Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (the "Motion"). Doc. No. 25. Attached to the Motion is the Commissioner's fully favorable final decision

of August 29, 2008, finding Mary E. Miller (the "Plaintiff") disabled from April 14, 2003 through the date of the decision. Doc. No. 25-1 at 5-. The Commissioner complied with Local Rule 3.01(g) and states that Plaintiff does not oppose the relief requested in the Motion. Doc. No. 25 at 1. Accordingly, it is recommended that the Court:

1. **GRANT** the Motion (Doc. No. 25) as unopposed;

2. **AFFIRM** the final decision of the Commissioner finding Plaintiff disabled from April 14, 2003 through August 29, 2009; and

3. Direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **If the parties have no objection to this report and recommendation, they may promptly file a joint notice of no objection.**

Recommended in Orlando, Florida on April 13, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy