# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARY E. MILLER,**

                **Plaintiff,**

**-vs-**                                                            Case No. 6:06-cv-1258-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## ORDER

Upon consideration of the Report and Recommendation (Doc. 27) of Magistrate Judge Kelly, it is

**ORDERED** that the unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand (Doc. 27) is GRANTED. The decision of the Commissioner finding Plaintiff disabled from April 14, 2003 through August 29, 2009 is AFFIRMED. The Clerk is directed to enter judgment for Plaintiff and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 19, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                        GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE